# UNITED STATES BANKRUPTCY COURT
## CALIFORNIA CENTRAL DISTRICT

| | |
|---|---|
| In re:<br><br>　　Doris L Speed<br><br>　　　　　Debtor(s) | Case No. 19-17083-SK |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Kathy A. Dockery, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 06/18/2019.

　　2)　The plan was confirmed on 08/29/2019.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 10/30/2019.

　　5)　The case was dismissed on 01/22/2020.

　　6)　Number of months from filing to last payment: 7.

　　7)　Number of months case was pending: 10.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted: $79,500.00.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,250.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,250.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,159.25 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $90.75 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,250.00

Attorney fees paid and disclosed by debtor:    $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CEDAR FINANCIAL | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| CMRE | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION CONSULTANTS | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| ENERBANK USA | Unsecured | 4,614.00 | 3,960.87 | 3,960.87 | 0.00 | 0.00 |
| LOAN ME | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN FINANCIAL SERVICES, INC | Secured | 28,000.00 | 32,720.81 | 32,720.81 | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $32,720.81 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$32,720.81** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$3,960.87** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,250.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$2,250.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/02/2020                       By: /s/ Kathy A. Dockery
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

Case No. 19-17083-SK

# PROOF OF SERVICE BY U.S. MAIL

I, Katherine Bamaca, declare as follows:

I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa Street, Suite 1850, Los Angeles, California 90017. I am over the age of eighteen and not a party to this case. On April 02, 2020, I served the Chapter 13 Standing Trustee's Final Report And Account and Order Discharging Case or Petition to Discharge Case by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

[See Service list]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at Los Angeles, California.

DATED: April 02, 2020

*Katherine Bamaca*

Katherine Bamaca

## SERVICE LIST

Doris L Speed
8901 LA SALLE AVE.
Los Angeles, CA 90047

ENSAFI LAW, PC
5121 VAN NUYS BLVD. #203A
SHERMAN OAKS, CA 91403

**UST Form 101-13-FR-S (9/1/2009)**